# Court of Appeals
# of the State of Georgia

ATLANTA, November 13, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0382.  CHRISTINE STONE v. LITTON LOAN SERVICING, LP.**

Christine Stone filed suit against numerous defendants, including Litton Loan Servicing, LP ("Litton"). Litton filed a motion to dismiss, which the trial court granted. Stone filed this appeal.[1]

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment. In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b). Where neither of these code sections are followed, the appeal is premature and must be dismissed." (Citations and punctuation omitted.) *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989). Here, it appears that Stone's claims against other defendants remain pending. Under these circumstances, this premature appeal is hereby DISMISSED for lack of jurisdiction.

---

[1] Stone appealed to the Supreme Court, which transferred the matter to this Court.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 11/13/2013

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*